## **Attachment 1 – Attorneys for Plaintiff**

RICHARD L. ALLEN, ESQ.
LAUREN KAIN WHALEY, ESQ.
Solowsky & Allen, P.L.
201 S. Biscayne Boulevard
Suite 915, Citigroup Center
Miami, Florida 33131
Telephone No. (305) 371-2223

GARY N. MANSFIELD, ESQ.
Mansfield Bronstein & Stone, LLP
500 East Broward Boulevard, Suite 1450
Fort Lauderdale, Florida 33394
Telephone No. (954) 601-5600